FID 11542970

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00122 |
| Keidi C. Moore | ) Assigned To : Mehta, Amit P. |
| | ) Assign. Date : 4/13/2023 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | |

U.S. MARSHAL-DC AM10:4
RECEIVED APR 15 '23

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Keidi C. Moore

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy);
18 U.S.C. § 1347 (Health Care Fraud);
18 U.S.C. § 1035(a)(2) (False Statements Relating to Health Care Matters);
18 U.S.C. § 1343 (Wire Fraud);
18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to Be Done)

Date: April 13, 2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya

*Issuing officer's signature*

City and state:  Washington, DC

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/14/23, and the person was arrested on *(date)* 4/19/23
at *(city and state)*  Washington, DC

Date: 4/19/23

*Arresting officer's signature*

Thomas Agee, Special Agent
*Printed name and title*