IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:23-cr-00122 (APM) |
| | : |
| STEVEN PRICE and | : |
| KEIDI MOORE, | : |
| | : |
| Defendants | : |
| | : |

### JOINT MOTION TO CONTINUE DEADLINES

Defendant Dr. Steven A. Price, Defendant Keidi Moore, and the United States of America, respectfully request that the Court continue all pretrial deadlines set for January 5, 2026 to January 8, 2026. Pursuant to the Court's Pretrial Order, ECF No. 71, the following deadlines are currently set for January 5, 2026:

- The United States will make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief and disclose any *Brady* material not already disclosed.

- Counsel will file a Joint Pretrial Statement containing a neutral statement of the case, proposed or modified voir dire instructions, proposed jury instructions, witness lists, exhibit lists, stipulations, and a proposed verdict form.

- Counsel will submit electronically in Word format proposed modifications to the standard jury instruction, any non-standard jury instruction, and the verdict form.

On December 30, 2025, the Court appointed new co-counsel for Ms. Moore, Barry Coburn of Coburn & Eisenstein PLLC. Given the addition of new counsel in this case and the scheduling burdens surrounding the federal holiday on January 1, all parties respectfully request a three-day continuance of the deadlines set forth above.

Dated: December 31, 2025                                          Respectfully submitted,

/s/ Justin D. Weitz
MORGAN, LEWIS & BOCKIUS LLP
Justin D. Weitz, Bar No. 90008910
Daniel C. Fishbein, Bar No. 7672528
Mary E. Muoio, Bar No. 90018635
Emily Ahdieh, Bar No. 1742898
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-5932
justin.weitz@morganlewis.com
daniel.fishbein@morganlewis.com
molly.muoio@morganlewis.com
emily.ahdieh@morganlewis.com
*Attorneys for Defendant Dr. Steven Price*

/s/ John P. Pierce
Liles Parker, PLLC
John P. Pierce, Bar No. 475101
2121 Wisconsin Avenue, NW, Suite 200
Washington, DC 20007
(202) 298-8750 (o)
JPierce@LilesParker.com

Barry Coburn
Coburn & Eisenstein PLLC
1200 G Street, NW, Suite 800
Washington, DC  20005
202-643-9472
barry@coburngreenbaum.com
*Counsel for Defendant Moore*

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Diane G. Lucas*
DIANE G. LUCAS, D.C. Bar No. 443610
SARAH RANNEY, N.Y. Bar No. 5050919
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
202-252-7724 (Lucas)
202-252-7051 (Ranney)
Diane.Lucas@usdoj.gov
Sarah.Ranney@usdoj.gov
*Counsel for the Government*

**CERTIFICATE OF SERVICE**

I certify that on December 31, 2025, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system and/or e-mail.

/s/ *Justin D. Weitz*
Justin D. Weitz