CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

## NOTE FROM JURY

Hello, the 10 of us who are present are wondering if there will be an update on juror expectations. This is an important note and we respect the process; however we feel that we are being asked to continue to put deliberations and our own responsibilities on hold due to the actions of one person.

Date: 2/23/26

Time: 11:45 am

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

### NOTE FROM JURY

I would like to discuss my status as a juror. As you are aware, another juror's behavior has been challenging and it is continuing to escalate. After we were sent in to deliberate again, we began by discussing a foreman selection. She immediately accused me of being biased against her and unfair. After the vote when I was selected, she again said I am unfair and biased. She said either we vote again or we go back in front of the judge. At this point I do not feel comfortable participating either as a foreperson or otherwise with her in the room. I do not want to do my fellow jurors or the Court a disservice by beginning again to have to start over again.

Date: 2/23/26

Time: 2:08 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs. )   Civil/Criminal No.: __23-cr-122__
)
STEVEN A. PRICE )
KEIDI C. MOORE )
)

## NOTE FROM JURY

THE JURY HAS SELECTED JUROR #15 AS THE JURY FOREMAN.

Date: 2/23/25

Time: 3:14 PM

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 23-cr-122
)
STEVEN A. PRICE )
KEIDI C. MOORE )

### NOTE FROM JURY

CAN WE GET (1) COPY OF M-H-21

Date: 2/23/25

Time: 3:48

FOREPERSON

CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

### NOTE FROM JURY

THE JURY WOULD LIKE TO ESTABLISH HOURS OF DELIBERATION FROM 9:15 AM TO 4:15 PM DAILY.

Date: 2/23/25
Time: 4:10 PM

FOREPERSON