UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) Case No. 23-cr-00122 (APM)<br>STEVEN A. PRICE et al., )<br>)<br>Defendants. )<br>) | |

**VERDICT FORM: KEIDI MOORE**

We, the jury, find the following as to Defendant Keidi Moore:

**Count One - Conspiracy to Commit Health Care Fraud**

__X__                      _____
Guilty                     Not Guilty

If you found Ms. Moore guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

__X__   Health Care Fraud

_____   Wire Fraud

**Count Two – Health Care Fraud, Aiding and Abetting and Causing an Act to be Done**

__X__ Guilty        _____ Not Guilty

If you found Ms. Moore guilty of this count, please specify the element(s) as to which you are unanimous:

__X__ to defraud any health care benefit program

__X__ to obtain money or property owned by, or under the custody or control of, a health care benefit program, in connection with the delivery of or payment for health care services by means of materially false or fraudulent pretenses, representations, or promises

**Count Three – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4408, on or about November 26, 2018)**

_____ Guilty        __X__ Not Guilty

**Count Four – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5126, on or about November 27, 2018)**

__X__ Guilty        _____ Not Guilty

**Count Five – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)**

__X__ Guilty        _____ Not Guilty

**Count Six** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 11, 2019)

\_\_\_\_X\_\_\_\_   _____
Guilty          Not Guilty

**Count Seven** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 807, on or about July 1 to July 9, 2019)

_____   \_\_\_\_X\_\_\_\_
Guilty          Not Guilty

**Count Eight** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 1, 2019)

\_\_\_\_X\_\_\_\_   _____
Guilty          Not Guilty

**Count Nine** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 20, 2020)

\_\_\_\_X\_\_\_\_   _____
Guilty          Not Guilty

**Count Ten** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 13, 2020)

\_\_\_\_X\_\_\_\_   _____
Guilty          Not Guilty

**Count Eleven** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 12, 2021)

_____   \_\_\_\_X\_\_\_\_
Guilty          Not Guilty

**Count Twelve** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about June 24, 2021)

__X__ Guilty   _____ Not Guilty

**Count Thirteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 4408 and 5126, on or about November 28, 2018)

__X__ Guilty   _____ Not Guilty

**Count Fourteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)

__X__ Guilty   _____ Not Guilty

**Count Fifteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 18, 2019)

__X__ Guilty   _____ Not Guilty

**Count Sixteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 807 and 5313, on or about July 11, 2019)

_____ Guilty   __X__ Not Guilty

**Count Seventeen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 8, 2019)

__X__ Guilty   _____ Not Guilty

**Count Eighteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 27, 2020)**

__X__ Guilty   _____ Not Guilty

**Count Nineteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 16, 2020)**

__X__ Guilty   _____ Not Guilty

**Count Twenty – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 14, 2021**

_____ Guilty   __X__ Not Guilty

**Count Twenty-One – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about July 1, 2021**

__X__ Guilty   _____ Not Guilty

This is our unanimous verdict.

__3/4/2026__
DATE

_____
FOREPERSON/JUROR NO.